UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENDA ANN WING,

                  Petitioner,

    v.

STATE OF WASHINGTON,

                  Respondent.

CASE NO. 3:18-cv-05235-RBL-TLF

ORDER DIRECTING
SUBSTITUTION OF PARTY

Petitioner Brenda Ann Wing filed a petition for writ of *habeas corpus* naming the State of Washington as Respondent. Dkt. 1. The proper respondent to a *habeas* petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; *see also* § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to her petition, Ms. Wing is currently confined at the Washington Corrections Center for Women (WCCW). The Superintendent of WCCW is Jo Wofford.

Accordingly, the Clerk of Court is directed to substitute Jo Wofford as the Respondent in this action. The Clerk shall send copies of this Order to Petitioner at the last address known to the Court (*see* Dkt. 17) and to counsel for Respondent.

- 1

1   Dated this 2nd day of August, 2018.

2

3                                        _Theresa L. Fricke_
                                         Theresa L. Fricke
                                         United States Magistrate Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

- 2