UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENDA ANN WING,

                    Petitioner,

      v.

JO WOFFORD,

                    Respondent.

CASE NO. 3:18-cv-05235-RBL-TLF

ORDER TO UPDATE STATUS

       Petitioner Brenda Ann Wing has filed a petition for writ of *habeas corpus*. Dkt. 1. Petitioner seeks an evidentiary hearing and specific performance of the plea agreement that led to her judgment and sentence in Lewis County Superior Court. *Id.*; Dkt. 10, State Court Record, Exhibit 1.

       On July 18, 2018, this Court entered an order granting petitioner's second motion for an extension, permitting her to file a reply brief by August 31, 2018. Dkt. 16. On August 1, 2018, mail addressed to petitioner at Washington Corrections Center for Women (WCCW) was returned, with a public disclosure coordinator informing the Court that petitioner "is not at WCCW and at Yakima County Jail." Dkt. 17. Neither petitioner nor the State have since updated the Court on petitioner's address.

- 1

The habeas corpus petition became ripe for review on September 7, 2018.

Petitioner's state-court proceedings appear to be ongoing, however. On direct appeal, the Washington Court of Appeals, Division II, reversed petitioner's conviction, holding that her offender score was improperly calculated. Exhibit 3. Because this rendered her guilty plea involuntary, the Court of Appeals remanded to the trial court to allow petitioner to withdraw her plea. Exhibit 3; *see* Exhibit 11 (Court of Appeals denial of petitioner's motion to reconsider that court's decision not to reach remaining issues), Exhibit 13 (Supreme Court of Washington denial of petitioner's motion for discretionary review). The State contends that that this habeas corpus petition may be subject to dismissal for mootness and for lack of subject matter jurisdiction if petitioner chooses to withdraw her guilty plea. Dkt. 8, pp. 13-14.

The Court lacks information necessary to determine whether a decision on this petition would be unnecessary, and therefore purely advisory, and whether this Court has subject matter jurisdiction over the matter. It is unclear whether the petitioner received the Court's most recent order. *See* Dkt. 17. Accordingly, the State is directed to update the Court on or before **October 26, 2018**, regarding (1) the status of petitioner's state-court proceedings, and (2) petitioner's current address, if known.

The Clerk is directed to send a copy of this Order to petitioner at her last known address.

Dated this 10th day of October, 2018.

Theresa L. Fricke
United States Magistrate Judge