STATE OF WASHINGTON HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENDA ANN WING,

    Petitioner,

 v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. C18-5235 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 21] on Petitioner Brenda Ann Wing's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 [Dkt. # 5].

1. The Report and Recommendation is **ADOPTED**;
2. Wing's §2254 Petition is **DENIED**;
3. For the reasons articulated in the R & R, the Court will **NOT** issue a Certificate of Appealability under 28 U.S.C. § 2253;

1     4. The Clerk shall send copies of this Order to Petitioner Wing, Magistrate Judge Fricke,
2         and any other party appearing in this case.

IT IS SO ORDERED.

Dated this 4th day of December, 2018.

                                 _____
                                 Ronald B. Leighton
                                 United States District Judge